**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6033**

_____

FRANKLIN ALMA,

                Petitioner - Appellant,

     v.

JENIFER WALL; U.S. DEPARTMENT OF HOMELAND SECURITY,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-hc-02066-FL)

_____

Submitted:  March 19, 2015          Decided:  April 7, 2015

_____

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Franklin Alma, Appellant Pro Se.  Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin Alma, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Alma v. Wall, No. 5:14-hc-02066-FL (E.D.N.C. Dec. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED